# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 19, 2024

### NO. 03-23-00791-CV

**Mark Cargill, Appellant**

**v.**

**Wilton Re Assignment Illinois, Inc, f/k/a Aegon Assignment Corp. and Transamerica Life Insurance Company, Successor By Merger with Transamerica Premier Life Insurance Company f/k/a Monumental Life Insurance Company, Appellees**

---

**APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE KELLY**

---

This is an appeal from the order granting a bill of review signed by the trial court on October 25, 2023. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.